UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00154 |
| | ) | JUDGE CAMPBELL |
| THOMAS LAKE | ) | |

ORDER

Pending before the Court is a Motion to Extend Time for Filing Pretrial Motions (Docket No. 15). The Motion is GRANTED.

The Defendant shall have until July 11, 2014 to file any pretrial motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE