UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00154 |
| | ) | JUDGE CAMPBELL |
| THOMAS LAKE | ) | |

<u>ORDER</u>

The status conference currently scheduled for July 11, 2014, is CANCELLED.

IT IS SO ORDERED.

                                                                                       _____
                                                                                       TODD J. CAMPBELL
                                                                                       UNITED STATES DISTRICT JUDGE